STAYED, TRANSFERRED MDL

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00586-VEH
### Internal Use Only

Vaughn v. Pfizer Inc. et al
Assigned to: Judge Virginia Emerson Hopkins
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/02/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Shirley E. Vaughn**
*as Personal Representative of the Estate of Annie Mae Allen, deceased*

represented by **Tom Dutton**
PITTMAN HOOKS DUTTON DIRBY & HELLUMS PC
Park Place Tower, Suite 1100
2001 Park Place North
Birmingham, AL 35203
322-8880
Email: PHDKH-efiling@pdkhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisabeth French**
PITTMAN DUTTON KIRBY & HELLUMS PC
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
205-322-8880
Fax: 205-328-2711
Email: phdkh-efiling@pdkhlaw.com
*ATTORNEY TO BE NOTICED*



V.

**Defendant**

**Pfizer Inc.**
*a Delaware Corporation*

represented by **Lawrence B Clark**
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
Suite 1600 Wachovia Tower
420 20th Street North
Birmingham, AL 35203
205-328-0480
Fax: 205-322-8007
Email: lclark@bakerdonelson.com

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**G Steven Henry**<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ PC<br>SouthTrust Tower, Suite 1600<br>420 North 20th Street<br>Birmingham, AL 35203-5202<br>328-0480<br>Fax: 322-8007<br>Email: shenry@bakerdonelson.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Pharmacia & Upjohn, LLC**<br>*A Delaware Company* | represented by **Lawrence B Clark**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**G Steven Henry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Pharmacia Corporation**<br>*a Delaware Corporation*<br>*formerly known as*<br>1933 Monsanto | represented by **Lawrence B Clark**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**G Steven Henry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**G.D. Searle, LLC**<br>*A Delaware Corporation* | represented by **Lawrence B Clark**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**G Steven Henry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2007 | 1 | COMPLAINT against Pfizer Inc., Pharmacia & Upjohn, LLC, Pharmacia Corporation, G.D. Searle, LLC (Filing fee $ 350.00 receipt # 200 235099) , filed by Shirley E. Vaughn. (Attachments: # 1 Civil Cover |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | Sheet)(JLC, ) (Entered: 04/03/2007)                                                                                                                                                                                                                                                                                                                                                                             |
| 04/03/2007 | 2    | Summons Issued as to Pfizer Inc., Pharmacia & Upjohn, LLC, Pharmacia Corporation and G.D. Searle, LLC, via Certified U.S.Mail. Certified Mail Request filed within complaint. (JLC, ) (Entered: 04/03/2007)                                                                                                                                                                                                     |
| 04/05/2007 | 3    | SUMMONS Returned Executed on Pfizer Inc., served on 4/4/2007, answer due 4/24/2007; Pharmacia & Upjohn, LLC, served on 4/4/2007, answer due 4/24/2007; Pharmacia Corporation, served on 4/4/2007, answer due 4/24/2007. (JLC, ) (Entered: 04/05/2007)                                                                                                                                                           |
| 04/17/2007 | 4    | SUMMONS Returned Executed on G.D. Searle, LLC, served on 4/9/2007, answer due 4/30/2007. (JLC, ) (Entered: 04/17/2007)                                                                                                                                                                                                                                                                                          |
| 04/24/2007 | 5    | ANSWER to Complaint with Jury Demand by Pfizer Inc., Pharmacia & Upjohn, LLC, Pharmacia Corporation, G.D. Searle, LLC.(Henry, G) (Entered: 04/24/2007)                                                                                                                                                                                                                                                          |
| 04/24/2007 | 6    | Corporate Disclosure Statement by Pfizer Inc., Pharmacia & Upjohn, LLC, Pharmacia Corporation, G.D. Searle, LLC. (Henry, G) (Entered: 04/24/2007)                                                                                                                                                                                                                                                               |
| 04/24/2007 | 7    | MOTION to Stay by Pfizer Inc., Pharmacia & Upjohn, LLC, Pharmacia Corporation, G.D. Searle, LLC. (Henry, G) (Entered: 04/24/2007)                                                                                                                                                                                                                                                                               |
| 04/27/2007 | 8    | ORDER SETTING BRIEFING SCHEDULE; Any non-summary judgment motions in this Court should conform to "Exhibit B", attached hereto and made a part of this Order as if fully set out herein. Any non-summary judgment motions filed after the entry of this Order shall comply with the provisions of Exhibit B without further Order from the Court. Signed by Judge Virginia Emerson Hopkins on 4/27/2007. (JLC, ) (Entered: 04/27/2007) |
| 05/09/2007 | 9    | ORDER STAYING CASE, 7 MOTION to Stay is hereby GRANTED. This action is STAYED pending transfer to multidistrict litigation proceedings or further Order of this Court. Signed by Judge Virginia Emerson Hopkins on 5/9/2007. (JLC, ) (Entered: 05/09/2007)                                                                                                                                                      |
| 06/04/2007 | 10   | ORDER Transferring Case to MDL Docket # 1699: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the Northern District of California for inclusion in MDL Docket # 1699; certified copy of docket sheet and entries and documents requested by transferee clerk e-mailed in PDF format to Clerk of Court in the Northern District of California (Attachments: # 1 Exhibit A)(JLC, ) (Entered: 06/05/2007) |